1  John W. Shaw, Esq. SBN: 82802
   jshaw@sksattorneys.com
2  Lisa A. Satter, Esq. SBN: 116185
3  lsatter@sksattonreys.com
4  **SHAW KOEPKE & SATTER, LLP**
   23326 Hawthorne Boulevard Suite 320
5  Torrance, California 90505
   Telephone:(310) 373-4445
6  Facsimile: (310) 373-4440

7  Attorneys for Defendants,
   Camden Property Trust and Oasis Martinique, LLC. (erroneously sued
8  as Camden Martinique)

9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| DEBBRAH BASELICE, | Case No.: |
|---|---|
| Plaintiff, | [Action Filed: May 31, 2019] |
| vs. | **DEFENDANTS CAMDEN PROPERTY TRUST AND OASIS MARTINIQUE, LLC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 [DIVERSITY OF CITIZENSHIP]** |
| CAMDEN PROPERTY TRUST and CAMDEN MARTINIQUE and DOES 1 through 100, INCLUSIVE, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants CAMDEN PROPERTY TRUST and OASIS MARTINIQUE, LLC. hereby remove this action captioned *Debbrah Baselice v. Camden Property Trust and Camden Martinique, and DOES 1 through 100, Inclusive,* Case No. 30-2019-01073959-CU-PO-CJC (the "Underlying Action") from the Superior Court

1
Notice of Removal of Action

of the State of California, County of Orange to the United States District Court for the Central District of California on the following grounds.

**SUMMARY OF JURISDICTION PURSUANT TO LOCAL RULE 204**

This Court has original jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship, and removal is, therefore, proper under 28 U.S.C. § 1441. Plaintiff in this action is citizen of California, Defendants CAMDEN PROPERTY TRUST and OASIS MARTINIQUE, LLC. are not citizens of California, and the matter in controversy exceeds $75,000.00.

This removal is also timely. Plaintiff filed her Complaint on or about May 31, 2019. Plaintiff failed to properly serve either defendant. Defendants voluntarily filed Answers in State court on 22 July 2019 starting the 30-day time for removal.

Plaintiff demanded $300,000 on March 12, 2019 which exceeds the statutory threshold of $75,000.00. The instant removal is being sought within thirty (30) days of Defendants filing a voluntary answer in State court.

**BACKGROUND INFORMATION**

1. On or about March 12, 2019, Plaintiff Debbrah Baselice ("Plaintiff"), through her attorney, served a Demand for Settlement upon Defendants' insurance representative demanding $300,000.00 to settle Plaintiff's claim for damages. *See* Exhibit "A" to the Declaration of John W. Shaw ("Shaw Decl.")

2. On July 19, 2019, Plaintiff's counsel Ani Shagvaladyan informed

2

Notice of Removal of Action

defense counsel that plaintiff's demand was $300,000.00, including medical bills in excess of $100,000.00 and pain and suffering. *See* Exhibit "B to the Declaration of John W. Shaw ("Shaw Decl.").

3.  On or about May 31, 2019, Plaintiff Debbrah Baselice ("Plaintiff") filed a complaint for personal injury and premises liability entitled *Debbrah Baselice v. Camden Property Trust and Camden Martinique, and DOES 1 through 100, Inclusive,* Case No. 30-2019-01073959-CU-PO-CJC (the "Underlying Action") naming as Defendants "Camden Property Trust," "Camden Martinique" and "Does 1 through 100, inclusive." *See* Exhibit "C" to the Declaration of John W. Shaw ("Shaw Decl.").

4.  Plaintiff has not perfected service of her Complaint on Defendant Camden Property Trust. *See* Shaw Decl.

5.  Plaintiff has not perfected service of her Complaint on Defendant Camden Martinique LLC. *See* Shaw Decl.

6. Plaintiff's attempted service on Defendants was defective as Plaintiff failed to serve the proper registered agent of service.  The complaint was purportedly "served" on the local Camden property on 19 June 2019.  This did not constitute service of the complaint as the local Camden property is not the registered agent of service for either Defendant.  Rather than quash service, Defendants voluntarily appeared on the State court action and have filed this timely notice of removal.  The property manager at Camden Martinique, where Plaintiff

3
Notice of Removal of Action

attempted service, is not authorized to accept service on behalf of Camden Property Trust or Camden Martinique. *See* Shaw Decl. According to the database website for the California Secretary of State, the registered agent for service of Oasis Martinique LLC is "Capitol Corporate Services, Inc." (C2990324). Camden Property Trust is not registered to do business with the California Secretary of State so proper service of process must be perfected on its corporate headquarters in Houston, TX.

7. In her Complaint, Plaintiff asserts that on July 7, 2017, Plaintiff was injured at Defendants' property. Plaintiff claims that the property was negligently maintained by Defendants, Camden Property Trust and Camden Martinique. *See* Exhibit "C" to Shaw Decl.

8. Plaintiff alleges causes of action against Defendants for (1) Premises Liability; and (2) General Negligence. *See* Exhibit "C" to Shaw Decl.

## TIMELINESS OF REMOVAL

9. Plaintiff filed her Complaint on May 31, 2019 in the Superior Court of the State of California, County of Orange. *See* Exhibit "C" to Shaw Decl.

10. Plaintiff did not perfect service of her Complaint on Defendants Camden Property Trust or Camden Martinique. *See* Shaw Decl.

11. Defendants voluntarily answered Plaintiff's Complaint on 22 July 2019. *See* Exhibit "D" to Shaw Decl.

12. The instant removal is being sought within thirty (30) days after Defendants voluntarily appeared in the State court on 22 July 2019 which is the first opportunity to remove the case. Thus, removal timely under 28 U.S.C. § 1446 (b)(3).

### JOINDER OF DEFENDANTS

13. All Defendants are jointly bringing the instant Notice of Removal.

### AMOUNT IN CONTROVERSY

14. The amount in controversy in the Underlying Action exceeds $75,000, exclusive or interest and cost. On March 12, 2019, Plaintiff demanded $300,000.00. A copy of Plaintiff's demand letter is attached as Exhibit "A". *See* Shaw Dec. *See also Corlew v. Denny's Restaurant,* 983 F.Supp. 878, 879-80 (E.D. Mo. 1997)(holding that District Courts are not "free to disbelieve [a] plaintiff's value of a case").

### DIVERSITY OF CITIZENSHIP

15. Based on information and belief, Plaintiff is a citizen of California and had been a resident at the Camden property in Orange County, CA. *See* Exhibit "B" to Shaw Decl.

16. Defendant Camden Property Trust is a real estate trust organized and existing under the laws of the State of Texas, with its principal place of business in Houston, Texas. Defendant Oasis Martinique LLC is a limited liability corporation incorporated in the State of Delaware with its principal place of business in

5
Notice of Removal of Action

Houston, TX. *See* Shaw Dec. ¶ 12. *See also* Exhibit "E" to Shaw Decl. Thus, for diversity purposes, Defendants Camden Property Trust and Camden Martinique are citizens of Texas. 28 U.S.C. § 1332 (c)(1).

17. Pursuant to 28 U.S.C. § 1441(a), the citizenship of Defendants sued under fictitious names are disregarded. Thus, the citizenship of Does 1 through 10 is disregarded for purposes of determining diversity jurisdiction.

18. Since there is complete diversity of citizenship, the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), as required by 28 U.S.C. § 1441.

## PROPRIETY OF REMOVING TO THE CENTRAL DISTRICT

19. Plaintiff filed the Underlying Action in the Superior Court of California, County of Orange, and it is thus properly removed to the jurisdiction of the United States District Court for the Central District of California.

## STATE COURT DOCUMENTS

20. The exhibits attached to this notice are true and complete copies of all documents from the Underlying Action, as identified in the authenticated paragraphs 2 through 8 and Exhibits A through E of the accompanying Shaw Declaration.

21. Written notice of the filing of this Notice of Removal is being given promptly to all parties by service hereof, and a copy of this Notice of Removal is

being promptly filed with the Superior Court of California, County of Orange, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants CAMDEN PROPERTY TRUST and OASIS MARTINIQUE, LLC, hereby remove the Underlying Action to this honorable Court.

Dated: July 22, 2019                    Respectfully submitted,

SHAW KOEPKE & SATTER, LLP

By: _____
John W. Shaw
Lisa A. Satter
Attorneys for Defendants, Camden Property Trust and Oasis Martinique, LLC. (erroneously sued and served as Camden Martinique)

# CERTIFICATE OF SERVICE
### *Rand v. Smith & Nephew, Inc., et al*
### U.S. District Court No. 2:16-cv-09383-RGK-RAO

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 23326 Hawthorne Boulevard, Suite 320, Torrance, California 90505.

On July 22, 2019, I served the within **DEFENDANTS, CAMDEN PROPERTY TRUST AND OASIS MARTINIQUE'S NOTICE OF REMOVAL** on the interested parties in said action by placing [X] a true and correct copy or [] the original thereof enclosed in a sealed envelope, and addressed as set forth on the attached Service List and delivered by one or more of the means set forth below:

**[X] *[VIA MAIL]*** By depositing said envelope with postage thereon fully prepaid in the United States mail at Torrance, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Torrance, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[] *[PERSONAL DELIVERY]*** I caused the above referenced document(s) to be delivered to the addressee(s) set forth on the attached Service List..

**[] *[OVERNIGHT COURIER]*** , I caused the above referenced document(s) to be delivered to an overnight courier service, Federal Express, for delivery to the addressee(s) on attached service list.

**[] *[VIA FACSIMILE]*** I caused the above-referenced document(s) to be transmitted to the-named person(s) to the telecopier number(s) set forth on attached Service List.

Executed on July 22, 2019, at Torrance, California.

**[X] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MARIA NIXON

-1-

GsHAW, Koepke & Satter
Attorneys at Law

## SERVICE LIST

| Counsel | Representing: |
|---|---|
| Ani Shagvaladyan, Esq.<br>Law Offices of P. Paul Aghabala & Associates, Inc.<br>15315 Magnolia Boulevard, Suite 426<br>Sherman Oaks, CA  91403<br>Tel:   818/788-0808<br>Fax:  818/788-0809<br>ani@aghabalalaw.com | *Attorneys for Plaintiff,*<br>*DEBBRAH BASELICE* |

GsHAW, Koepke & Satter
Attorneys at Law